UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against –

JOHN WOLF,

           Defendant.

– – – – – – – – – – – – – – –X

<u>UNSEALING ORDER</u>

Docket No.  15-M-1104

Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Moira Kim Penza, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           November 20, 2015

                          S/ Robert M. Levy
                          HONORABLE ROBERT M. LEVY
                          UNITED STATES MAGISTRATE JUDGE
                          EASTERN DISTRICT OF NEW YORK