# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **15M1104**
2) Defendant's Name: Wolf, John
   (Last) (First) (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___ Yes ___ No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___ No   Date/Time: 11/20/15
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: 11/24 3PM
12) (a) Preliminary Hearing set for: _____ ; or waived: _____
    (b) Removal Hearing set for: _____ ; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: Moira Penza
14) DEFENSE COUNSEL'S NAME: Michael Schneider, Mark Agnifilo
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ✓ RET: ✓
    Telephone Number: (___) _____
15) LOG #: 3:06 — 3:09   MAG. JUDGE: Levy
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

SO ORDERED ON THIS ___ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE